No. 1434, Misc. CLARKE *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1439, Misc. BAKER *v.* NEBRASKA. Sup. Ct. Neb. Certiorari denied. *Richard J. Bruckner* for petitioner.

No. 1444, Misc. METZ *v.* MARONEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 1446, Misc. SWANSON *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 1448, Misc. BAREFIELD *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1435, Misc. VALENZUELA *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1451, Misc. GARRETT *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 1455, Misc. GARNETT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 1463, Misc. EHRLICH *v.* ILLINOIS ET AL. C. A. 7th Cir. Certiorari denied.

No. 1466, Misc. DICKERSON *v.* LEE. C. A. 5th Cir. Certiorari denied.